UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MITAC COMPUTING TECHNOLOGY CORPORATION, a Taiwan corporation,<br>        Defendant.<br><br>ASUSTEK COMPUTER, INC.,<br>        Defendant.<br><br>INVENTEC CORPORATION, a Taiwan corporation,<br>        Defendant.<br><br>LENOVO GROUP LTD. et al.,<br>        Defendants.<br><br>WIWYNN CORPORATION, a Taiwan corporation,<br>        Defendants. | *CONSOLIDATED*<br>JURY TRIAL DEMANDED<br><br><br>Civil Action No.:  6:20-cv-962-ADA<br><br><br>Civil Action No.:  6:20-cv-965-ADA<br><br><br><br>Civil Action No.:  6:20-cv-966-ADA<br><br><br>Civil Action No.:  6:20-cv-967-ADA<br><br><br><br>Civil Action No.:  6:20-cv-968-ADA |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to this Court's August 3, 2021 Scheduling Order, Plaintiff ACQIS LLC and Defendants MiTAC Computing Technology Corporation, ASUStek Computer, Inc., Inventec Corporation, Lenovo Group Ltd. et al., and Wiwynn Corporation (collectively, the "Parties") submit this Joint Claim Construction Statement.

Concurrently with this submission, the Parties jointly submit, via email to the law clerk, PDF versions of all as-filed claim construction briefing and exhibits.

1

## I. THE PATENTS-IN-SUIT

The patents-in-suite are U.S. Patent Nos. 7,676,624 ("'624"), 8,041,873 ("'873"), 8,626,977 ("'977"), 8,756,359 ("'359"), 8,977,797 ("'797"), 9,529,768 ("'768"), 9,529,769 ("'769"), 9,703,750 ("'750"), RE42,984 ("'984"), RE43,602 ("'602"), RE44,654 ("'654"), RE44,468 ("'468"), RE44,739 ("'739"), RE45,140 ("'140"), and RE46,947 ("'947"), which are attached as Exhibits A-O.

The asserted claims are as follows:

| Patent | Claims |
|---|---|
| '624 | 11 |
| '873 | 54, 77, 97 |
| '977 | 1, 4, 6, 9-14, 16, 17 |
| '359 | 1-8, 17, 19-21 |
| '797 | 7-8, 10, 14, 16, 36, 38 |
| '768 | 1, 3-18, 21-22, 30, 33-36, 39-40 |
| '769 | 19 |
| '750 | 1-2, 4-7, 10-12, 14, 18-21, 24-27, 29, 31, 34-38, 44-50 |
| '984 | 40, 52 |
| '602 | 14 |
| '654 | 14-16, 20, 23 |
| '468 | 14, 21, 26, 29, 35, 37, 45 |
| '739 | 14, 18-19, 29-32 |
| '140 | 14, 17, 30-31, 35 |
| '947 | 14, 19, 35, 48, 51, 54, 57 |

## II. AGREED CONSTRUCTIONS

Pursuant to the August 3, 2021 Scheduling Order, the Parties met and conferred to narrow the terms in dispute but were unable to agree as to any constructions.

## III. LIST OF DISPUTED TERMS FOR CONSTRUCTION

The Parties provide the following list of disputed terms for construction, in the order they are addressed in the Parties' claim construction briefing.

| Term for Construction | Patents and Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| "Peripheral Component Interconnect (PCI) bus transaction"/"PCI bus transaction" (proposed by Plaintiff and Defendants) | '624, claims 6, 11<br>'873, claims 54, 77, 97<br><br>'768, claims 1, 3-18, 21-22, 30, 33-35, 39-40<br>'750, claims 1-2, 4-7, 10-12, 18-21, 25-27, 29, 31, 34-35, 37-38, 44-47<br>'977, claims 1, 4, 9-10, 16<br>'797, claims 7-8, 10, 14, 16, 36, 38<br>'140, claims 30-31<br>'359, claims 3, 7, 17<br>'739, claims 29-32<br>'654, claims 14-16<br>'602, claim 14<br>'468, claims 14, 21, 26, 29, 35, 37, 45<br>'947, claims 19, 35, 48, 51, 54, 57<br>'984, claim 52 | Information, including at least PCI address, data, byte enable, and command type information, in accordance with the industry standard PCI Local Bus Specification, for communication with an interconnected peripheral component | A transaction, in accordance with the industry standard PCI Local Bus Specification, for communication with an interconnected peripheral component |
| "address and data bits of a Peripheral Component Interconnect (PCI) bus transaction"/"address and data bits of a PCI bus transaction"/"address bits, data bits, and byte enable information bits of a Peripheral Component Interconnect (PCI) bus | '768 patent, claims 1, 3-18, 21-22, 30, 33-35, 39-40<br>'750 patent, claims 1-2, 4-7, 10-12, 18-21, 25-27, 29, 31, 34-35, 37-38, 44-47<br>'977 patent, claims 1, 4, 9-10, 16<br>'797 patent, claims 7-8, 10, 14, 16, 36, 38<br>'140 patent, claims 30-31 | No construction needed. These phrases recite the bits of a PCI bus transaction that are conveyed / transmitted / communicated, *i.e.*, "address bits," "data bits," and "byte enable information bits," as applicable. Claims that recite these bits do not require that other, non-recited bits be | A PCI bus transaction, including all address, data, and control bits |

3

| Term for Construction | Patents and Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| transaction"/"address bits, data bits, and byte enable information bits of a PCI bus transaction" (proposed by Plaintiff)<br><br>Claims reciting specific "bits" of a PCI bus transaction, including but not limited to "address bits," "data bits," and "byte enabled information bits" (proposed by Defendants) | '359 patent, claims 3, 7, 17<br>'739 patent, claims 29-32<br>'654 patent, claims 14-16<br>'602 patent, claim 14<br>'468 patent, claims 14, 26, 29, 35, 37, 45<br>'947 patent, claims 19, 35, 48, 51, 54, 57 | conveyed / transmitted / communicated. The claims, as written, are clear, and this language of the claims does not require construction. | |
| "encoded…" (proposed by Plaintiff)<br><br>Claims reciting a "encoded" PCI bus transaction or PCI bus transaction in "serial stream" or "serial form" (proposed by Defendants) | '768 patent, claims 1, 4-10, 13, 15, 18, 21-22, 30, 33-35, 39-40<br>'750 patent, claims 1, 5-7, 10-12, 14, 18-21, 25, 27, 29, 31, 35, 37-38, 44-47<br>'977 patent, claims 1, 4, 6, 9-10, 16<br>'797 patent, claims 7-8, 10, 14, 16, 36, 38<br>'140 patent, claims 30-31<br>'359 patent, claims 3, 7, 17<br>'739 patent, claims 29-32<br>'654 patent, claims 14-16<br>'468 patent, claims 14, 26, 29, 35, 37, 45<br>'947 patent, claims 14, 35, 48, 51, 54, 57<br>'624 patent, claim 11 | Code representing a PCI bus transaction.<br><br>PCI bus transaction in serial form. | A PCI bus transaction that is serialized from a parallel form |

| Term for Construction | Patents and Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | '873 patent, claims 54, 77, 97<br>'984 patent, claims 40, 52 | | |
| "USB"/"Universal Serial Bus (USB) protocol"/"Universal Serial Bus (USB) protocol [data/information]" (proposed by Plaintiff and Defendants) | '768 patent, claims 33-34, 36, 40<br>'750 patent, claims 4, 7, 24, 46-50<br>'977 patent, claims 1, 4, 11, 17<br>'359 patent, claims 1-8, 17, 19-21<br>'739 patent, claims 14, 18-19, 30<br>'654 patent, claims 20, 23<br>'468 patent, claim 21<br>'947 patent, claim 14<br>'769 patent, claim 19 | "Universal Serial Bus (USB) protocol" / "Universal Serial Bus (USB) protocol data": USB data payload<br>"Universal Serial Bus (USB) protocol information": information described in the USB specification. | [data/information conveyed according to] the protocols defined in the Universal Serial Bus Specification Revision 2.0 and prior versions of the Universal Serial Bus Specification" |
| "console" (proposed by Plaintiff and Defendants) | '768 patent, claims 18, 21-22, 30, 34, 40<br>'750 patent, claims 5-6, 10-12, 18-20, 24, 35-38, 44-45, 48<br>'977 patent, claims 1, 4<br>'140 patent, claims 14, 17, 31<br>'359 patent, claims 1-8, 17, 19-21<br>'739 patent, claims 18-19<br>'654 patent, claims 14-16, 20, 23<br>'602 patent, claim 14<br>'873 patent, claims 54, 77<br>'468 patent, claims 21, 26, 29<br>'624 patent, claims 6, 11<br>'984 patent, claims 40, 52 | A device or enclosure, housing one or more coupling sites, that connects components of a computer system. | Enclosure, housing at least one bay for receiving a computer module, which connects components of a computer system |

4827-0869-6062\1

| Term for Construction | Patents and Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| "central processing unit (CPU)" (proposed by Defendants) | '359 patent, claims 1-2, 4, 6, 8, 17, 19; '768 patent, claims 1, 4, 7, 10, 13, 18, 22, 30, 33-34, 36, 39; '750 patent, claims 1, 5-6, 10-11, 18, 21, 24-25, 27, 29, 31, 34-35, 37-38, 44-48, 50; '797 patent, claims 7-8, 10, 14, 16, 36; '977 patent, claims 1, 6, 12-14; '769 patent, claim 19; '654 patent, claims 14, 20, 23; '739 patent, claims 14, 18, 29; '984 patent, claims 40, 52; '140 patent, claims 17, 14, 30, 35; '468 patent, claims 14, 21, 26, 29, 35, 37, 45; '947 patent, claims 14, 19, 35, 48, 51, 54, 57; '602 patent, claim 14. | No construction needed. Plain and ordinary meaning. | Plain and ordinary meaning, wherein the plain and ordinary meaning is "a single central processing unit or core processing unit" |
| "computer module" (proposed by Defendants) | '602 patent, claim 14; '624 patent, claim 11; '873 patent, claims 54, 77; '984 patent, claims 40, 52. | A computing package for providing a computing function as recited in a particular claim. | A user-removable, user-portable computer system within an enclosure comprising at least a processor, and memory[1] |
| "single chip" (proposed by Defendants) | '768 patent, claims 1, 4, 13, 18, 22, 36, 39; | No construction needed. Plain and ordinary meaning. | Plain and ordinary meaning, wherein the plain and ordinary meaning is "one integrated circuit chip" |

---

[1] To narrow the dispute, Defendants withdrew "mass storage" from its proposed construction. *See* 6:20-cv-00967, Dkt. No. 90 at 18.

| Term for Construction | Patents and Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | '750 patent, claims 1, 5-6, 10-11, 14, 24-25, 31, 35, 37, 45, 48, 50;<br>'797 patent, claims 36, 38;<br>'359 patent, claim 1;<br>'977 patent, claims 1, 6, 13-14;<br>'769 patent, claim 19;<br>'739 patent, claims 18, 29;<br>'602 patent, claim 14; and<br>'140 patent, claims 14, 30, 35. | | |

SUBMITTED: October 14, 2021

By: */s/ Paige Arnette Amstutz*
    Paige Arnette Amstutz
    Texas State Bar No. 00796136
    **Scott, Douglass & McConnico, LLP**
    303 Colorado Street, Suite 2400
    Austin, TX  78701
    Telephone:  (512) 495-6300
    Facsimile:  (512) 495-6399
    pamstutz@scottdoug.com

    Case Collard (*Admitted*)
    Colo. Reg. No. 40692
    Gregory S. Tamkin (*pro hac vice*)
    Colo. Reg. No. 27105
    **Dorsey & Whitney LLP**
    1400 Wewatta Street, Suite 400
    Denver, CO  80202
    Telephone: (303) 629-3400
    Facsimile: (303) 629-3450
    Email: collard.case@dorsey.com
    Email: tamkin.greg@dorsey.com

    Mark Miller (*Admitted)*
    Utah Reg. No. 9563
    **Dorsey & Whitney LLP**
    111 South Main Street, 21st Floor
    Salt Lake City, Utah 84111
    Telephone: (801) 933-7360
    Facsimile: (801) 933-7373
    Email: mark.miller@dorsey.com

    Elliot J. Hales (*Admitted*)
    Utah Bar No. 16684
    **Dorsey & Whitney LLP**
    111 South Main St., 21st Floor
    Salt Lake City, UT 84111
    Telephone No.: (801) 933-7360
    Facsimile: (801) 933-7373
    Email: hales.elliot@dorsey.com

    *Counsel for Plaintiff ACQIS LLC*

By: */s/ Stephanie Barnes*
    Stephanie Barnes
    Texas State Bar No. 24045696
    **PLUNK SMITH, PLLC**
    1701 Legacy Dr., Suite 2000
    Frisco, TX 75034
    Telephone:  (972) 370-3333
    Mobile: (903) 624-0102
    sbarnes@plunksmith.com

    Robert H. Sloss (*Pro hac vice*)
    **PROCOPIO CORY HARGREAVES & SAVITCH LLP**
    1117 S. California Ave., Suite 200
    Palo Alto, CA 94304
    Telephone: (650) 645-9000
    Facsimile: (650) 687-8300
    Email: robert.sloss@procopio.com

    Z. Victor Sai (*Pro hac vice*)
    Stacy Park (*Pro hac vice*)
    **PROCOPIO CORY HARGREAVES & SAVITCH LLP**
    12544 High Bluff Dr. #400
    San Diego, CA 92130
    Telephone: (858) 720-6300
    Facsimile: (619) 398-0130
    Email: victor.sai@procopio.com
    Email: stacy.park@procopio.com

    *Counsel for ASUSTeK Computer, Inc.*

By: */s/ Russell T. Wong*
    Russell T. Wong
    State Bar No. 21884235
    **BLANK ROME LLP**
    717 Texas Avenue, Suite 1400
    Houston, TX 77002
    RWong@blankrome.com
    Tel.: (713) 632-8634
    Fax: (713) 228-6605

        S. Gregory Herrman (*pro hac vice*)
        **BLANK ROME LLP**
        1825 Eye Street NW
        Washington, DC 20006
        GHerrman@blankrome.com
        Tel.: (202) 420-4793

        *Counsel for Inventec Corporation*

By: */s/ Jeffrey Scott Seddon II*
        J. Stephen Ravel
        State Bar No. 16584975
        **KELLY HART & HALLMAN LLP**
        303 Colorado Street, Suite 2000
        Austin, Texas 78701
        Telephone: (512) 495-6429
        Email: steve.ravel@kellyhart.com

        John M. Desmarais (*pro hac vice*)
        Leslie M. Spencer (*pro hac vice*)
        Lindsey E. Miller (*pro hac vice)*
        Jeffrey Scott Seddon II (*pro hac vice*)
        Jamie L. Kringstein (*pro hac vice*)
        Christian Dorman (*pro hac vice*)
        **DESMARAIS LLP**
        230 Park Ave
        New York, NY 10169
        Telephone: (212) 351-34000
        jdesmarais@desmaraisllp.com
        lspencer@desmaraisllp.com
        lmiller@desmaraisllp.com
        jseddon@desmaraisllp.com
        jkringstein@desmaraisllp.com
        cdorman@desmaraisllp.com

        *Counsel for the Lenovo Defendants*

By: */s/ Brian C. Nash*
Brian C. Nash (TX State Bar No. 24051103)
 brian.nash@pillsburylaw.com
Austin M. Schnell (TX Bar No. 24095985)
 austin.schnell@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
401 Congress Avenue, Suite 1700
Austin, TX 78701-3797
Telephone: 512.580.9600
Facsimile: 512.580.9601

Christopher Kao (*pro hac vice*)
 christopher.kao@pillsburylaw.com
David J. Tsai (*pro hac vice*)
 david.tsai@pillsburylaw.com
Brock S. Weber (*pro hac vice*)
 brock.weber@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: 415.983.1000
Facsimile: 415.983.1200

*Counsel for MiTAC Computing Technology Corporation*


By: */s/ Craig A. Duewall*
Craig A. Duewall
**GREENBERG TRAURIG, L.L.P.**
Texas Bar No. 24025334
300 West Sixth Street, Suite 2050
Austin, Texas 78701-4052
Telephone:  512-320-7200
Email: duewallc@gtlaw.com

Harold Davis (pro hac vice)
Howard Chen (pro hac vice)
Yang Liu (pro hac vice)
**GREENBERG TRAURIG, L.L.P.**
Four Embarcadero Center, Suite 3000
San Francisco, CA 9411

       Telephone:  415-655-1300
       Email: davish@gtlaw.com
       Email: chenh@gtlaw.com
       Email: yangliu@gtlaw.com

       Sarah M. Skulman (pro hac vice)
       Samuel C. Means (pro hac vice)
       **GREENBERG TRAURIG, L.L.P.**
       77 West Wacker Drive
       Suite 3100
       Chicago, IL 60601
       Telephone:  312-456-8400
       Email: skulmans@gtlaw.com
       Email: meansc@gtlaw.com

       Mark D. Siegmund
       Texas State Bar No. 24117055
       **LAW FIRM OF WALT FAIR PLLC**
       1508 North Valley Mills Drive
       Waco, TX  76710
       (254) 772-6400—Telephone
       (254) 772-6432—Facsimile
       Email:  mark@waltfairpllc.com

       *Counsel for Wiwynn Corporation*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 14, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

       */s/Paige Arnette Amstutz*
       Paige Arnette Amstutz